Certificate Number: 05781-MA-DE-041359022

Bankruptcy Case Number: 26-40982

05781-MA-DE-041359022

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 23, 2026, at 6:21 o'clock PM PDT, Tracy Oreilly completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Massachusetts.

Date: August 23, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President